# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRISTAN RIDGE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No: 1:24-cv-01276 |
| v. | Hon. Robert J. Jonker |
| RSDC OF MICHIGAN, LLC, a Michigan limited liability company, | Mag. Phillip J. Green |
| Defendant. | |

## STIPULATED OF DISMISSAL

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice.

Date: November 17, 2025

Respectfully submitted,

*/s/ Jesse L. Young*
Jesse L. Young (P72614)
**SOMMERS SCHWARTZ, P.C.**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

Paulina R. Kennedy (P84790)
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor

*/s/ Matthew M. O'Rourke (w/ consent)*
Matthew M. O'Rourke (P79019)
**MILLER JOHNSON**
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, Michigan 49503
(616) 831-1700
orourkem@millerjohnson.com

*Attorneys for Defendant*

1

Southfield, Michigan 48076
(248) 355-0300
pkennedy@sommerspc.com

Jonathan Melmed (CA SBN 290218)
Laura Supanich (P85849)
(CA SBN 314805)
**MELMED LAW GROUP, P.C.**
1801 Century Park East, Suite 850
Los Angeles, CA 90067
(310) 824-3828
jm@melmedlaw.com
lms@melmedlaw.com

*Attorneys for Plaintiff and the Proposed Collective*

**IT IS SO ORDERED.**

Date:  November 18, 2025               /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE